**Order entered April 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01398-CR**
**No. 05-14-01399-CR**

**CHRISTOPHER LEE COLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-53515-X, F13-53516-X**

## ORDER

The Court **REINSTATES** the appeals.

On February 3, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We also ordered the trial court to prepare certifications of appellant's right to appeal and to file them with this Court. On March 30, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the February 3, 2015 order to the extent it requires findings.

We **GRANT** the March 30, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We note that we have not yet received the trial court's certifications of appellant's right to appeal in these cases. Accordingly, we **ORDER** the Honorable Jeanine Howard, Presiding Judge of the Criminal District Court, to prepare and file with this Court, within **TEN DAYS** of the date of this order, certifications of appellant's right to appeal that accurately reflect the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE